UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ALEXANDER G. IV, and ALEXANDER G. III,

                    Plaintiffs,

                04 Civ. 6791 (CLB) (MDF)

    - against -

***Memorandum and Order***

ROBERT H. SIGLER, ROBIN MARKOVITZ,
PATRICIA McCLEOD, JOHN PERRINO,
WILLIAM A. BEST, SUSAN F. BOTTI,
DAMON DAVOREN, GLORIA ELLIOT,
PAUL K. JOHNSON, DVM, LINDA KNAPP,
RICHARD MCCORMACK, BERNARD H. COHEN,
GORDON DEAN, MISHA JOLLY, SELENA FISHER,
Individually and in their capacity as employees and/or
officers/directors of and in their official capacity as
employees of THE ENLARGED CITY SCHOOL
DISTRICT OF MIDDLETOWN, ORANGE-ULSTER
BOCES, INC., JAMES GILLESPIE, DAVID GREEN,
Individually and in their capacity as employees of the
CITY OF MIDDLETOWN POLICE DEPARTMENT
and THE CITY OF MIDDLETOWN,

                    Defendants.
----------------------------------------------------------------x
Brieant, J.

      The Report and Recommendation of the Hon. Mark D. Fox, United States Magistrate Judge, filed January 12, 2006, is hereby adopted as the decision of this Court.

      This action is dismissed without prejudice and without costs as to defendant Robert H. Sigler for the reasons stated in the Report and Recommendation.

      It appears that all other Defendants have settled with the Plaintiffs. The Clerk is directed

to close the case.

SO ORDERED.

Dated: White Plains, New York
February 8, 2006

_____
Charles L. Brieant, U.S.D.J.